No. 03–7038. GARNIER v. MILLER-STOUT ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7066. MIKOTA v. MOORE. C. A. 9th Cir. Certiorari denied.

No. 03–7109. AZIYZ, AKA BROWN v. CHATMAN, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7124. MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7135. MORAN-SANDOVAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7143. BERNUTH v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7149. KNADE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–7154. MOORE v. KINGSTON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–7198. CHALK v. DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied.

No. 03–7231. POOLE v. BRILEY, WARDEN. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 03–7255. SAUNDERS v. MARTINEZ, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7274. BUTLER v. RUMSFELD, SECRETARY OF DEFENSE. C. A. 5th Cir. Certiorari denied.

No. 03–7299. OKPALA v. JORDAN, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7334. PEARSON v. MESSITTE, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND. C. A. D. C. Cir. Certiorari denied.